858 A.2d 496

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Judith Lenore FITZGERALD, Respondent.**

**Misc. Docket AG No. 9, Sept. Term, 2004.**

Court of Appeals of Maryland.

Sept. 22, 2004.

## ORDER

IRMA S. RAKER, Judge.

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 22nd day of September, 2004,

ORDERED, by the Court of Appeals of Maryland, that Judith Lenore Fitzgerald be, and is hereby, disbarred by

consent from the further practice of law in the State of Maryland; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Judith Lenore Fitzgerald from the register of attorneys, and pursuant to Maryland Rule 16–772(d) shall certify that to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.